ACCEPTED
03-13-00370-CV
5992480
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 9:53:01 AM
JEFFREY D. KYLE
CLERK

CASE NO. 03-13-00370-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 9:53:01 AM
JEFFREY D. KYLE
Clerk

STATE BOARD FOR EDUCATOR CERTIFICATION and
MICHAEL BERRY, THE ACTING CHIEF EXECUTIVE OFFICER OF
THE STATE BOARD FOR EDUCATOR CERTIFICATION, IN HIS OFFICIAL
CAPACITY ONLY,
*Appellant*,

v.

ERASMO MONTALVO,
*Appellee*.

On Appeal from the 200th Judicial District Court of Travis County, Texas;
Cause No. D-1-GN-12-002991; Before the Honorable Tim Sulak

**APPELLANT'S FIRST UNOPPOSED
MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, State Board for Educator Certification (Board), files its First Unopposed Motion to Extend Time to File Reply Brief, pursuant to Tex. R. Appellate Proc. 10.5(b) and 38.6. In support hereof, the undersigned would respectfully show the Court the following:

Appellee's responsive brief was originally due on May 28, 2015. Appellee requested additional time, unopposed by Appellant. Appellee's brief then became due on June 28, 2015, causing Appellant's Reply Brief to be due on July 20, 2015. Appellant's counsel will be on vacation from July 16 through July 23, 2015 (a vacation letter has been filed), planned for since mid-May; the majority of the vacation is out-of-state.

Additionally, Appellant prepared for and attended a hearing in Tarrant County, Texas, on a Motion to Quash Subpoenas *Duces Tecum,* and, Alternatively, Motion for Protective Order, on behalf of the Texas Funeral Service Commission (Cause No. 1379975; *State of Texas v. Dondre Johnson*; in the County Criminal Court at Law No. Two of Tarrant County) on July 2, 2015.

Due to the Fourth of July holiday, the Office of the Attorney General was closed on July 3, 2015.

Further, counsel has a hearing in Houston on July 24th, in Cause No. 2015-30460; *Ex Parte Ashley Elizabeth Zehnder*; in the 157th District Court of Harris County), as well as a trial setting on July 27th, in Cause No. 1060198; *James Earl Faust v. Texas Department of Public Safety*; in the County Court at Law No. 1 of Harris County.

This request is not being made for purposes of delay only.

For the reasons stated above, the Board respectfully requests that the Court grant an 11–day extension of time in which to file Appellant's Brief, to July 31, 2015,  and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

/s/ *Ellen M. Sameth*
ELLEN M. SAMETH
Assistant Attorney General
Texas State Bar No. 17555550
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548
Austin, Texas  78711-2548
Telephone: (512) 936-1838
Facsimile:  (512) 457-4608
E-mail: ellen.sameth@texasattorneygeneral.gov
ATTORNEYS FOR STATE BOARD
FOR EDUCATOR CERTIFICATION

3

## **CERTIFICATE OF CONFERENCE**

I certify that I have conferred with Mark Robinett, Appellee's counsel, on July 7, 2015, regarding this request, and that Appellee is unopposed to the granting of the requested extension of time in which to file Appellant's Reply Brief.

*/s/ Ellen M. Sameth*
ELLEN M. SAMETH

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2015, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Mark W. Robinett
BRIM, ARNETT, ROBINETT.
CONNERS & McCORMICK, P.C.
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
mrobinett@brimarnett.com

/s*/ Ellen M. Sameth*
ELLEN M. SAMETH
